THE STATE ex rel. GOTTWALD, Appellant, v. HAWES et al.

In Banc, November 3, 1903.

The judgment in this case is affirmed on the authority of State ex rel. Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. Wm. Zachritz*, Judge.

AFFIRMED.

*Joseph Wheless* for appellant.

*C. W. Bates* and *Wm. F. Woerner* for respondents.

GANTT, J.—Mandamus, for $8,768.60, for salary of relator and six others. Judgment for defendants, and relator appealed. They had all fully served out their original terms when they were dropped. The case of State ex rel. Rife v. Hawes, reported at page 360 of this volume, settles this case. The judgment of the circuit court is for the right party and it is affirmed.

All concur.